**SEALED ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 15 2016
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3-16CR 261-K |
| ANTHONY L. ROBINSON (01) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order sealing the indictment returned by the grand jury in the above-captioned criminal case. The government requests that the indictment remain sealed until defendant, **Anthony L. Robinson**, has been apprehended and has made an initial appearance in federal court, or until further order of the Court. The government believes that the public release of the defendant's identity before he has been arrested may hinder his apprehension or may otherwise interfere with the prosecution of the case.

Respectfully Submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JAY WEIMER
Assistant United States Attorney
Texas Bar No. 24013727
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455
E-mail:      jay.weimer@usdoj.gov