# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE:   PAUL D. STICKNEY | |
| DEPUTY CLERK:  L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME:  _1hr._ |
| A.M.                          P.M. | DATE: June 28, 2016 |

☐MAG. NO.          ☐DIST. CR. NO.  3:16-cr-00261-K *SEALED*          USDJ Judge Ed  Kinkeade

UNITED STATES OF AMERICA                    §     _J. Stevenson Weimer_____, AUSA
                                            §
v.                                          §     _____  ☐
                                            §
                                            §     _Kirk Lechtenberger_____  ☐
ANTHONY L ROBINSON (1)                       §     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑INITIAL APPEARANCE  ☐IDENTITY  ☐BOND HEARING  ☐PRELIMINARY HEARING
☐ DETENTION HEARING  ☐COUNSEL DETERMINATION HEARING  ☐REMOVAL HEARING  ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____  ☐OTHER DISTRICT  ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  ☑SURRENDER_ _6/28/16_____
☐ RULE 5/32 ☐APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐MW (MATERIAL WITNESS) _____ APPEARED  ☐WITH  ☐WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐DETENTION HEARING SET _____
_____

☐ PRELIMINARY HEARING SET _____  ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☑BOND ☑SET ☐REDUCED TO $ _____  ☐CASH ☐ SURETY ☐10% ☑PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☐ DEFT ☐MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS:_____

NORTHERN DISTRICT OF TEXAS
FILED
JUN 28 2016
CLERK, U.S. DISTRICT COURT
By _____