# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HONORABLE: Paul D. Stickney
DEPUTY CLERK: L. Price
LAW CLERK: _____
INTERPRETER: _____

PRESIDING: _____
COURT REPORTER/TAPE NUMBER: FTR
USPO: _____ 9:08 - 9:26 _____
Date: _ June 28, 2016 ____

Cr.No. 3:16-cr-00261-K *SEALED*

DEFT. No. _____

UNITED STATES OF AMERICA

v.

ANTHONY L ROBINSON (1)

§
§    _ J. Stevenson Weimer _____, AUSA
§
§    __ Kirk Lechtenberger ___
§    COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: _____

Trial Status: ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Direct Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☐ Settled/Guilty  ☐ None

Days in Trial: _____

Hearing Concluded:  ☐ Yes  ☐ No

☐ Defendant SWORN.

☐ Arraignment  ☐ Rearraignment – Held on Count(s) __1_____
of the __1__ count(s)  ☐ Indictment  ☐ Information  ☐ Superseding Indictment  ☐ Complaint

☐ Sentencing Guidelines                                                ☐ Superseding Information

☑ Deft enters a pleas of       ☐ Not Guilty    ☑ Guilty    ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted       ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set   Date: _____   Time: _____

☐ Trial set for   Date: _____   Time: _____
Pretrial motions due: _____   Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.   PSI due: _____   Pre-sentence Referral Form to: _____

☑ Deft Bond   ☑ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☑ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond   ☐ continued   ☐ forfeited

☐ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

FILED JUN 28 2016 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS By _____ Deputy