IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No.   3:16-CR-261-K |
| ANTHONY L. ROBINSON        (01) | |

GOVERNMENT'S NOTICE REGARDING
ACCEPTANCE OF RESPONSIBILITY

The United States of America files this Government's Notice Regarding Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), and would show as follows:

If the Court determines that Anthony L. Robinson is entitled to a reduction for Acceptance of Responsibility, and that his offense level is 16 or greater, the Government moves that Robinson receive an additional third point reduction for Acceptance of Responsibility, pursuant to USSG § 3E1.1(b), because Robinson has assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

          Respectfully submitted,

          JOHN R. PARKER
          UNITED STATES OF ATTORNEY

          s/ Jay S. Weimer
          JAY S. WEIMER
          Assistant United States Attorney
          State Bar of Texas #24013727
          Burnett Plaza, Suite 1700
          801 Cherry Street, Unit 4
          Fort Worth, Texas   76102-6882
          Telephone:   817-252-5200
          Facsimile: 817-252-5455

## **CERTIFICATE OF SERVICE**

     I hereby certify that on June 29, 2016, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.   The electronic case filing system sent a "Notice of Electronic Filing" to the following parties who have consented in writing to accept this Notice as service of this document by electronic means: U.S. Probation Office and Kirk Lechtenberger, counsel for defendant.

          s/ Jay S. Weimer
          JAY S. WEIMER
          Assistant United States Attorney